# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN OLSON, | NO. ED CV 08-1281 GW (FMO) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: February 17, 2009

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE